# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 23, 2013

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

147060-1 & (84)(89)(90)(91)

AMBER LUCAS,
        Plaintiff-Appellant/
        Cross-Appellee,

v

DR. YASSER AWAAD, M.D., OAKWOOD
HEALTHCARE, INC., d/b/a OAKWOOD
HEALTHCARE SYSTEM, YASSER AWAD,
M.D., P.C., GREAT LAKES PEDIATRIC
NEUROLOGY, P.C., and OAKWOOD
PROFESSIONAL BILLING, L.L.C., d/b/a
OAKWOOD GROUP V, L.L.C.,
        Defendants-Appellees/
        Cross-Appellants.

SC: 147060
COA: 292785
Wayne CC: 07-725829-NO

_____/

STEPHEN MEIER, JULIE MEIER, DION
HARRIS, LAURIE HARRIS, MOHAMMED
JABER, BTHEAG JABER, MOHAMMED
ALAWIEH, SABRINA NAURA, BRAD
PEZZOPANE, CINDY PEZZOPANE, LISA
TOWE, MATTHEW MURPHY, KRISTEE
MURPHY, RODNEY EVANS, TAMARA
EVANS, DONN LONDRE, and JONELL
WHALEY,
        Plaintiffs-Appellants/
        Cross-Appellees,

v

SC: 147061
COA: 292786
Wayne CC: 08-123382-NO

DR. YASSER AWAAD, M.D., OAKWOOD
HEALTHCARE, INC., d/b/a OAKWOOD
HOSPITAL AND MEDICAL CENTER, d/b/a
OAKWOOD HEALTHCARE SYSTEM,
OAKWOOD UNITED HOSPITALS, INC.,
YASSER AWAD, M.D., P.C., GREAT LAKES
PEDIATRIC NEUROLOGY, P.C., and OAKWOOD

PROFESSIONAL BILLING, L.L.C., d/b/a
OAKWOOD GROUP V, L.L.C.,
        Defendants-Appellees/
        Cross-Appellants.

_____/

        On order of the Court, the motions for immediate consideration and waiver of transcript requirement are GRANTED. The application for leave to appeal the January 29, 2013 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The application for leave to appeal as cross-appellants is therefore moot, and it is DENIED. The motion with regard to stay of proceedings is DENIED as moot.

        CAVANAGH, J., would grant leave to appeal.





        I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 23, 2013

                               Clerk

t1016